**Dismissed and Memorandum Opinion filed May 2, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00709-CV
_____

## DAVID H. WATKINS, Appellant

## V.

## BRAESWOOD ATRIUM, Appellee

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1189191**

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 27, 2022. The clerk's record was filed November 22, 2022. Appellant's brief was due December 22, 2022. No brief or proper motion for extension of time was filed.

On February 7, 2023, this court issued an order stating that unless appellant filed a brief on or before March 9, 2023, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response.  We dismiss the appeal.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Jewell and Spain.